## BRAGGS MERCANTILE CO. v. RICHARDSON DRY GOODS CO.

No. 6929.    Opinion Filed April 13, 1915.

(147 Pac. 1194.)

**APPEAL AND ERROR—Jurisdiction—Time for Perfecting Appeal—Dismissal.** Where no praecipe for summons in error is filed, or summons issued, or waiver of issuance and service of summons, or a general appearance made, within six months after the rendition of the judgment complained of, the proceedings will not be deemed commenced as required by Sess. Laws 1910-11, p. 35, c. 18, and on motion the appeal will be dismissed.

(Syllabus by the Court.)

*Error from Superior Court, Muskogee County;*
*Farrar L. McCain, Judge.*

Action between the Braggs Mercantile Company, a co-partnership, and the Richardson Dry Goods Company, a corporation.    From the judgment, the Mercantile Company brings error.    Dismissed.

*O'Hare & Davidson,* for plaintiff in error.

*Pfendler & Brown,* for defendant in error.

PER CURIAM.    The final order appealed from in this case was rendered and entered on January 31, 1914.    Petition in error, with case-made attached, was filed in this court on July 31, 1914.    The præcipe for summons in error was not filed in this court until October 29, 1914, long after the expiration of the statutory period for perfecting the appeal.

Upon the authority of *Wahl v. White Sewing Machine Co.,* 45 Okla. 805, 147 Pac. 301, and cases therein cited, the motion to dismiss is sustained.